UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY P. TURNER,

        Plaintiff,

    v.

H. GASCA, et al.,

        Defendants.

Case No. 18-cv-01799 NC (PR)

**ORDER OF DISMISSAL**

    Plaintiff filed a pro se civil rights action under 42 U.S.C. § 1983. The parties have consented to magistrate judge jurisdiction. Dkt. Nos. 2, 14. Plaintiff has filed a motion to withdraw his complaint. Dkt. No. 20. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's motion is GRANTED. This case is DISMISSED without prejudice.

    The Clerk shall terminate all pending motions and close the file.

    **IT IS SO ORDERED.**

DATED:   December 3, 2018

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California